NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER TUDOR,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2009-3237

---

Petition for review of the Merit Systems Protection Board in DA0752080172-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Department of Treasury's unopposed motion for a 18-day extension of time, until June 1, 2010, to file a response to Roger Tudor's motion to supplement the record,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lawrence A. Berger, Esq.
    Matthew H. Solomson, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 0 2010

**JAN HORBALY**
**CLERK**